**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas
New York, New York 10036
Phone: (212) 556-2100
Fax: (212) 556-2222
Email: idahan@kslaw.com

**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo (029101989)
Young Yu (084542013)
14 Village Park Road
Cedar Grove, New Jersey 07009
Phone: (973) 239-5700
Fax: (973) 239-3400
Email: tscrivo@oslaw.com
        yyu@oslaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAAKOV KLUGMANN,<br><br>           Plaintiff,<br><br>v.<br><br>AMZAK CAPITAL MANAGEMENT, LLC, AMZAK NEW BRUNSWICK LLC and MICHAEL D. KAZMA,<br><br>           Defendants. | Case No. 3:25-cv-01249<br><br>Hon. Robert Kirsch<br>Hon. Rukhsanah L. Singh<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(i)** |

YAAKOV KLUGMANN ("Plaintiff"), by and through his undersigned counsel, gives Notice of Voluntary Dismissal of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Notice is appropriate as no Defendant has served an Answer or Motion for Summary Judgment. This dismissal is without prejudice, and is effective immediately.

1

Dated: New York, New York
February 17, 2025

Respectfully submitted,

*/s/ Israel Dahan*
Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas
36th Floor
New York, New York 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
E-Mail: idahan@kslaw.com

-and-

Thomas P. Scrivo
Young Yu
O'TOOLE SCRIVO LLC
14 Village Park Road
Cedar Grove, New Jersey 07009
Phone: (973) 559-9900
Email: tscrovo@oslaw.com
yyu@oslaw.com

*Attorneys for Plaintiff Yaakov Klugmann*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

*/s/ Israel Dahan*
Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas
36th Floor
New York, New York 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
E-Mail: idahan@kslaw.com

-and-

Thomas P. Scrivo
Young Yu
O'TOOLE SCRIVO LLC
14 Village Park Road
Cedar Grove, New Jersey 07009
Phone: (973) 559-9900
Email: tscrovo@oslaw.com
　　　　yyu@oslaw.com

*Attorneys for Plaintiff Yaakov Klugmann*